FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREGG FREITAS and RYAN CALVERT, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>HEARTLAND EXPRESS, INC OF IOWA,<br><br>            Defendant. | No. 2:19-CV-00383-SAB<br><br>**ORDER STRIKING MOTION FOR CONDITIONAL CERTIFICATION, WITH LEAVE TO RENEW** |

Pursuant to the Court's order, the parties submitted a Joint Status Report regarding Plaintiffs' pending Motion for Conditional Certification. ECF No. 52; *see also* ECF No. 22. In the report, the parties state that they wish for the Court to defer ruling on the pending motion until after Plaintiffs' deadline to file their Motion for Class Certification, which is December 17, 2021. ECF No. 51. Thus, for court docket management purposes only, the Court will strike the Motion for Conditional Certification with leave to renew.

//

//

//

//

**ORDER STRIKING MOTION FOR CONDITIONAL CERTIFICATION, WITH LEAVE TO RENEW** # 1

Accordingly, **IT IS ORDERED:**

1. Plaintiffs' Motion for Conditional Certification, ECF No. 22, is **STRICKEN**, with leave to renew, for docket management purposes only.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 19th day of July 2021.



Stanley A. Bastian
Chief United States District Judge